MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7301
   Fax: (415) 436-7234
   E-Mail: natalie.lee2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0819 RS |
| v. | [~~PROPOSED~~] ORDER DETAINING DEFENDANT JOHN SELLERS PENDING TRIAL |
| JOHN SELLERS, | Date: July 30, 2013 |
|    Defendant. | Time: 9:30 a.m. |
| | Court: Hon. Nandor J. Vadas |

      Defendant John Sellers is charged in a three count indictment with possessing with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1); possessing a firearm during and in relation to, and in furtherance of, a drug trafficking crime, in violation of 18 U.S.C. § 924(c); and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g).  The United States moved for defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).  On July 30, 2013, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant

[~~PROPOSED~~] DETENTION ORDER
No. CR 12-0819 RS                   1

detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant as required and the safety of any other person and the community.  See 18 U.S.C. §§ 3142(e) and (f); United States v. Motamedi, 767 F.2d 1403, 1406 (9th Cir. 1985).

After hearing argument from both counsel for defendant and counsel for the government, the Court granted the government's motion to detain.  Specifically, the Court noted that this is a presumption case, and that it was concerned with defendant's criminal record which included felony convictions involving drug sales and possession of a firearm.  The Court further noted that the allegations in the present case against defendant also included drug sales and possession of a modified shotgun.  The Court noted that it was concerned with defendant's prior probation violations, and that defendant violated the terms of his previous state probation/parole conditions when he left his father's residence after only two to three days and did not return.

**ORDER**

Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  See 18 U.S.C. § 3142(i)(2).  Defendant must be afforded a reasonable opportunity to consult privately with counsel.  See 18 U.S.C. § 3142(i)(3).  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver defendant to the United States Marshal for a court appearance.  See 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: July 31, 2013

HON. NANDOR J. VADAS
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
No. CR 12-0819 RS                            2