1 MELINDA HAAG (CABN 132612)
United States Attorney

2

3 J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 NATALIE LEE (CABN 277362)
Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495

7       Telephone: (415) 436-7200
      FAX: (415) 436-7234

8       Natalie.Lee2@usdoj.gov

9 Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,              )   No. CR 12-00819 RS
                                        )
15            Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONTINUING MATTER AND EXCLUDING
16       v.                              )   TIME UNDER 18 U.S.C. §3161
                                        )
17 JOHN SELLERS,                         )   Date: November 12, 2013
            Defendant.                   )   Time: 2:30 p.m.
18                                       )
   _____ )

19       On October 15, 2013, the parties made a second status appearance before the Court during which

20 time the parties requested, and the Court ordered, a continuance until November 12, 2013 for either a

21 change of plea hearing or to set motions and/or trial.  The continuance was requested so that the

22 defendant could continue to review the discovery that had been produced by the United States and

23 confer with defense counsel regarding possible plea negotiations.

24       The parties also requested, and the Court ordered, that the time between October 15, 2013 and

25 November 12, 2013, would be excluded from the running of the speedy trial clock for effective

26 preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that, taking into account the

27 public interest in prompt disposition of criminal cases, good cause exists for this extension.  The parties

28 also agreed that the ends of justice served by granting such a continuance outweighed the best interests

STIP TO CONTINUE AND WAIVE TIME
CR 12-00819 RS                          1

of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED:  October 15, 2013                                        /S/
                                                        NATALIE LEE
                                                        Assistant United States Attorney

DATED:  October 15, 2013                                        /S/
                                                        JODI LINKER
                                                        Attorney for John Sellers

        For the reasons stated above, this matter is continued until November 12, 2013 for either a

change of plea hearing or to set motions and/or trial.  The Court finds that the exclusion of time from

October 15, 2013 through November 12, 2013 is warranted and that the ends of justice served by the

continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §

3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective

preparation of counsel and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED:  10/16/13                                        _____
                                                        HONORABLE RICHARD SEEBORG
                                                        United States District Judge